UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. 4:11CR098 |
|  | ) |  |
| GREGORY FROST, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER

**IT IS HEREBY ORDERED** that a competency hearing regarding the above-named Defendant is set for **June 21, 2011**, at **1:00 p.m.** in the Courtroom of the undersigned.

**Defendant is required to be present at the hearing.**

          /s/ Nannette A. Baker
          Nannette A. Baker
          UNITED STATES MAGISTRATE JUDGE

Dated this  20  day of June, 2011.